**Order entered December 21, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01224-CV

## EX PARTE NEHEMIAH J.D. JACKSON

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. X-14-1194-Y**

## ORDER

Before the Court is appellant's November 6, 2018 motion requesting an extension of time to file the docketing statement. We **GRANT** the motion and extend the time to **January 18, 2019**.

/s/     ADA BROWN
        JUSTICE